# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  BRANDON A. BEAUFORD                                      CASE NO:  19-11438
        DEBTOR                                                                             CHAPTER 13

## MOTION FOR VOLUNTARY DISMISSAL

**COMES NOW**, the debtor, Brandon A. Beauford, and files this his Motion for a Voluntary Dismissal, showing the Court as follows:

This case was filed on April 02, 2019.  The debtor, Brandon A. Beauford, respectfully requests to dismiss his case so that he can refile to receive a discharge because he is ineligible to receive one in the present case.

Wherefore, the debtor, Brandon A. Beauford, requests that his case be dismissed, and for such further relief as this Court deems just and proper under the circumstances.

        Respectfully submitted,

        */s/Kimberly B. Bowling*
        Kimberly B. Bowling, Bar #99906
        MITCHELL & CUNNINGHAM
        112 North Broadway
        P.O. Box 7177
        Tupelo, MS  38802-7177
        (662) 407-0408

_____
Brandon A. Beauford

Doc ID: fbffa97ca756497923f41e67f01a6bc3a44fde73

## **CERTIFICATE OF SERVICE**

I, Kimberly B. Bowling, Attorney for the debtor herein, do hereby certify that I have this day mailed, by United States mail, postage prepaid, a true and correct copy of the above and foregoing Motion for Voluntary Dismissal to the following:

Locke Barkley
Chapter 13 Trustee
**lbarkley13@ecf.epiqsystem.com**

United States Trustee
USTPRegion05.AB.ECF@usdoj.gov

ALL CREDITORS ON MATRIX

SO CERTIFIED on this the 11th day of August 2021.

/s/*Kimberly B. Bowling*
Kimberly B. Bowling, 99906
Attorney at Law

MITCHELL & CUNNINGHAM, PC
112 North Broadway
P.O. Box 7177
Tupelo, MS  38802-7177
(662) 407-0408